Yakup Sari SBN: 336030
Sari Law Firm
540 N Golden Cir Dr  #303
Santa Ana, CA 92705
Tel No. 949-426-5071
Email: info@sarilaw.us


Attorney for Plaintiff Imane Ali Almatar

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

IMANE ALI ALMATAR
                    **Plaintiff,**
v.

TITO E REANO REYES; ANN MARIE
LOZANO; KEVIN NOLASCO; JOSE
ANTONIO GOMEZ MONTOYA; ROXANA
PATRICIA REANO; WAM
CONSTRUCTION; MP MARKETING;
FAVIAH COLLECTIONS; CESAR LOPEZ
LOAIZA
                    **Defendants.**

**CASE NO: 8:25-cv-1980**
**COMPLAINT FOR:**
1.      **RICO - VIOLATION OF 18 U.S.C. §**
**1962(C)**
2.      **RICO CONSPIRACY -**
**VIOLATION OF 18 U.S.C. §1962(D)**
3.      **FRAUD**
4.      **CONVERSION**
5.      **UNJUST ENRICHMENT**
6.      **CONSTRUCTIVE TRUST /**
**RESTITUTION**

**[JURY TRIAL DEMAND]**

        Plaintiff Imane Ali Almatar ("Plaintiff") files this Complaint against defendants Tito E

Reano Reyes, Ann Marie Lozano, Kevin Nolasco, Jose Antonio Gomez Montoya, Roxana Patricia

Reano, WAM Construction, MP Marketing, Fabian Collections, Caesar Lopez Laiza

("Defendants") for damages and other relief for Defendants' violation of the Racketeering

Influenced and Corrupt Organizations Act ("RICO"), Fraud, Conversion, and Unjust Enrichment,

and Constructive trust / Restitution. In support of her claim, Plaintiff alleges as follow:

# I. INTRODUCTION

1.    This action arises from a transnational financial fraud and racketeering scheme operated by Defendants, who orchestrated a pattern of wire fraud, bank fraud, and money laundering to defraud Plaintiff of more than $1.5 million USD between 2022 and 2024.

2.    Using fake identities (including "Abdullah John Scott"), sham bank portals (purporting to be Standard Chartered Bank), and front companies (WAM Construction, MP Marketing, Faviah Collections), Defendants induced Plaintiff to wire repeated payments under the false pretense of loan repayment, account activation, or compliance with fabricated international "business requirements."

3.    Substantial funds were transferred directly to accounts belonging to Defendant Tito E Reano Reyes, his companies (WAM Construction, MP Marketing), and his close relative Defendant Roxana Patricia Reano, Ann Marie Lozano, Kevin Nolasco, and Cesar Lopez Loaiza who jointly operated and facilitated the scheme.

4.    The scheme extended across multiple states, including California and Texas, and abroad (Turkey, Qatar), involving repeated fraudulent interstate and international wire transfers—classic RICO predicate acts under 18 U.S.C. §§ 1341 (mail fraud), 1343 (wire fraud), and 1956 (money laundering). The FBI has already flagged one transfer to Comerica Bank as suspicious, confirming that this was part of an organized fraud ring.

5.    Plaintiff seeks treble damages under RICO, restitution of transferred funds, and all other relief this Court deems just.

## II. PARTIES

6.      Plaintiff Imane Ali Almatar, an individual, resident of Orange County, California.

7.      Defendant Tito E. Reano Reyes (aka Edher Tito, Tito Ereano Reano: A California resident with business interests in auto repair (H2 The Body Shop) and entities WAM Construction and MP Marketing, which received Plaintiff's funds.

8.      Defendant Ann Marie Lozano, an associate of the fraud ring who received funds from the Plaintiff.

9.      Defendant Kevin Nolasco, another associate of the fraud ring who received wires from the Plaintiff.

10.      Defendant, Jose Antonio Gomez Montoya, is another associate of the ring whose account information was provided to the plaintiff; however, the Plaintiff did not send him any wire transfers.

11.      Defendant Roxana Patricia Reano (aka Roxana Patricia Reyes, Roxana Reano Reyes): A California resident, owner of Reyes Pastries in Granada Hills, CA, whose driver's license and business license were used to perpetuate the fraud.

12.      Defendants WAM Construction & MP Marketing: Entities controlled by Tito Reano that functioned as conduits for wire transfers from Plaintiff.

13.      Defendant Faviah Collections: Comerica Bank account holder that laundered a portion of the funds, later flagged by federal authorities.

14.      Defendant Cesar Lopez Loaiza: Associate of the fraud ring who received transfers and partially refunded money with identifying passport information.

### III. JURISDICTION AND VENUE

15.     This Court has federal question jurisdiction in this matter pursuant to 28 U.S.C. § 1331. This matter arises out of violations of the RICO Act, 18 U.S.C. §§ 1961 et seq.

16.     Venue is proper in the Central District of California pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions by Defendants giving rise to the claims occurred in this District.

### IV.  GENERAL ALLEGATIONS

17.     Beginning in late 2022, Plaintiff was approached by an individual identifying himself as "Abdullah John Scott", allegedly an American subcontractor working on an oil rig in Qatar.

18.     This individual "Abdullah John Scott" also utilized fraudulent bank portals impersonating Standard Chartered Bank (*See*, **Exhibit A**). Additionally, email correspondence claiming the account has been "frozen" from this purported Standard Chartered Bank is included in the annexure (*See*, **Exhibit A-1**).

19.      Under false pretenses, Plaintiff wired funds to Turkey and Qatar to facilitate equipment purchases. Subsequently, Defendants induced further transfers into U.S. accounts under the guise of "bank requirements" for releasing millions allegedly owed to Scott.

20.     On February 10, 2023, Plaintiff wired $38,745.00 to Defendant WAM Construction through CITI Bank, depositing the funds into account no …..5069 (*See,* **Exhibit B** ).

21.     On February 28, 2023, Plaintiff wired $38,745.00 to Defendant WAM Construction through CITI Bank, depositing the funds into account no ……5069 (*See*, **Exhibit C**)

22.     On March 8, 2023, Plaintiff wired $88,465.00 to Defendant Tito E Reano Reyes/WAM Construction through CITI Bank, depositing the funds into account no……5069(*See*, **Exhibit D**).

23.     On March 15, 2023, Plaintiff wired $133,250.00 to Defendant Tito E Reano Reyes/MP Marketing through WELLS FARGO, depositing the funds into account no……6383(*See*, **Exhibit E**)

24.     On March 31, 2023, Plaintiff wired $53,600.00 to Defendant Tito E Reano Reyes/MP Marketing through WELLS FARGO, depositing the funds into account no…….6383 (*See*, **Exhibit F**).

25.     On April 17, 2023, Plaintiff wired $107,500.00 to Defendant WAM Construction through US Bank, depositing the funds into account no……6276 (*See*, **Exhibit G**).

26.     On April 25, 2023, Plaintiff wired $65,000.00 to Defendant WAM Construction through US Bank, depositing the funds into account no……..6276 (*See*, **Exhibit H**).

27.     On May 8, 2023, Plaintiff wired $147,929.00 to Defendant WAM Construction through US Bank, depositing the funds into account no……..6276 (*See*, **Exhibit I**).

28.     On May 25, 2023, Plaintiff wired $48,960.00 to Defendant Cesar Lopez Loaiza through Bank of America, depositing the funds into account no………9424 (*See*, **Exhibit J**).

29.     Defendant Cesar Lopez Loaiza has another account. He sent $1460.00 to Plaintiff through WELLS FARGO, depositing the funds into account no…..1632. Defendant Cesar Lopez Loaiza is also an associate of the fraud ring who received transfers and partially refunded money with identifying passport information (*See*, **Exhibit K**).

30.     On June 27, 2023, Plaintiff wired $68,976.00 to Defendant Tito E Reano Reyes/MP Marketing through WELLS FARGO, depositing the funds into account no……6383(*See*, **Exhibit L**).

31.     On July 19, 2023, Plaintiff wired $70,320.00 to Defendant WAM Construction through COMERICA bank, depositing the funds into account no……6918 (*See*, **Exhibit M**).

32.    On August 7, 2023, Plaintiff wired $109,268.00 to Defendant Faviah Collections through WELLS FARGO, depositing the funds into account no…….2184 (*See*, **Exhibit N**).

33.    An FBI agent, Timothy Neylan, identified Comerica Bank transaction to Faviah Collections as suspicious, with evidence of structured withdrawals in increments of $10,000.00.

34.    On August 17, 2023, Plaintiff wired $100,000.00 to Defendant Tito E Reano Reyes/WAM Construction through WELLS FARGO, depositing the funds into account no…….6918 (*See*, **Exhibit O** ).

35.    On September 12, 2023, Plaintiff wired $74,790.00 to Defendant Tito E Reano Reyes/MP Marketing through WELLS FARGO, depositing the funds into account no……..6383 (*See*, **Exhibit P**).

36.    On October 11, 2023, Plaintiff wired $39,620.00 to Defendant Tito E Reano Reyes/MP Marketing through WELLS FARGO, depositing the funds into account no……6383 (*See*, **Exhibit Q**).

37.    On November 15, 2023, Plaintiff wired $58,500.00 to Defendant Tito E Reano Reyes/MP Marketing through WELLS FARGO, depositing the funds into account no……6383 (*See*, **Exhibit R**).

38.    On December 12, 2023, Plaintiff wired $76,179.00 to DefendantMP Marketing through WELLS FARGO, depositing the funds into account no…….6383 through Cashier's Check (*See*, **Exhibit S**).

39.    On January 9, 2024, Plaintiff wired $133,324.00 to Defendant Tito E Reano Reyes/MP Marketing through WELLS FARGO, depositing the funds into account no……6383 (*See*, **Exhibit T**).

40.     On February 20, 2024, Plaintiff wired $59,000.00 to Ann Marie Lozano through Bank of America, depositing the funds into account no…….5583 (***See***, **Exhibit U**).

41.     On February 20, 2024, Plaintiff wired $59,000.00 to Kevin Nolasco through Bank of America, depositing the funds into account no…….0817 (***See***, **Exhibit V**)

42.     Plaintiff wired a total sum of $1,571,171.00 to the Defendants. The majority of the transfers went to accounts in the names of Tito Reano, WAM Construction, and MP Marketing.

43.     A comprehensive background and business affiliation report linking Defendant Tito Reano to Defendant MP Marketing and Defendant WAM Construction (***See,*** **Exhibit W** ).

44.     A background report linking Defendant Roxana Reano to Reyes Pastries in Granada Hills, CA. (***See***, **Exhibit X**).

45.     Defendant Roxana Patricia Reano's driver's license and business license (Reyes Pastries) were provided to Plaintiff as fraudulent assurances of legitimacy (***See***, **Exhibit Y**).

46.     The Plaintiff was provided with the following wire transfer details for Defendant Jose Antonio Gomez Montoya's account but did not proceed with the transfer:  Account Name: Jose Antonio Gomez Montoya, Account Number:….0801, Routing Number:…..0248, Bank Address: 10225 Balboa Ave, Northridge, CA 91325, Beneficiary Address: 11214 Collett Ave, Granada Hills, CA 91344,  Bank Name: Wells Fargo, and  SWIFT Code: WFBIUS6SXXX.

### V. THE ENTERPRISE

47.     The Defendants constitute an association-in-fact enterprise under RICO, functioning through family ties, shared businesses, and coordinated bank accounts.

48.     Their common purpose was to defraud victims through false representations, to obtain money by wire transfers, and to launder proceeds through California-based businesses.

49.     Predicate acts include wire fraud (18 U.S.C. § 1343), mail fraud (18 U.S.C. § 1341), and money laundering (18 U.S.C. § 1956).

### FIRST CAUSE OF ACTION
### (RICO, 18 U.S.C. § 1962(c))
### (Against All Defendants)

50.     Plaintiff realleges and incorporates herein by reference each and every foregoing paragraph of this Complaint.

51.     Each Defendant, acting directly and through entities including WAM Construction, MP Marketing, Reyes Pastries, and Faviah Collections, participated in an association-in-fact enterprise engaged in interstate and international commerce.

52.     Defendants conducted and participated in the enterprise through a pattern of racketeering activity, including repeated acts of wire fraud (18 U.S.C. § 1343), mail fraud (18 U.S.C. § 1341), and money laundering (18 U.S.C. § 1956).

53.     The racketeering acts were related, continuous, and spanned more than two years, targeting Plaintiff and potentially other victims.

54.     As a direct and proximate result, Plaintiff has suffered damages exceeding $1,571,171.00 USD.

55.     Pursuant to 18 U.S.C. § 1964(c), Plaintiff is entitled to recover treble damages, costs, and attorneys 'fees.

## SECOND CAUSE OF ACTION

### Conspiracy to Violate RICO, 18 U.S.C. § 1962(d)

### (Against All Defendants)

**56.**     Plaintiff realleges and incorporates herein by reference each and every foregoing paragraph of this Complaint.

**57.**     Defendants have unlawfully, knowingly and willfully combined, conspired, confederated and agreed together and with others to violate 18 U.S.C. § 1962(c) as described above, in violation of 18 U.S.C. § 1962(d).

**58.**     Defendants knew that they were engaged in a conspiracy to commit the predicate acts of mail and wire fraud, and the participation and agreement of each of them was necessary to allow the commission of this pattern of racketeering activity.

**59.**     Each Defendant agreed to conduct or participate, directly or indirectly, in the conduct, management, or operation of the Enterprise's affairs through a pattern of racketeering activity in violation of 18 U.S.C. § 1962(c).

**60.**     Each Defendant knew of and agreed to the conspiracy's overall objective—to defraud Plaintiff of funds by use of wire transfers and sham entities.

**61.**     Plaintiff suffered injury to business and property as a result.

**62.**     Plaintiff is entitled to treble damages, attorneys' fees, and costs under 18 U.S.C. § 1964(c).

## THIRD CAUSE OF ACTION

### (FRAUD)

### (Against All Defendants)

63.     Plaintiff realleges and incorporates herein by reference each and every foregoing paragraph of this Complaint.

64.     Defendants made false representations to Plaintiff, including: that transfers were necessary for loan repayment or "account activation"; that Defendants were legitimate business operators; that Plaintiff's funds would be refunded.

65.     Defendants knew these representations were false and intended Plaintiff to rely upon them.

66.     Plaintiff justifiably relied and transferred substantial sums.

67.     Plaintiff has been damaged of an amount $1,571,171.00 as a result of Defendants 'fraud.

## FORTH CAUSE OF ACTION

### (CONVERSION)

### (Against All Defendants)

68.     Plaintiff realleges and incorporates herein by reference each and every foregoing paragraph of this Complaint.

69.     Plaintiff owned and had the right to possess the funds transferred to Defendants.

70.     Defendants wrongfully exercised dominion and control over Plaintiff's funds by diverting and retaining them for personal use.

71.     Plaintiff has been deprived of her property and suffered damages of an amount $ 1,571,171.00.

## FIFTH CAUSE OF ACTION

### (UNJUST ENRICHMENT)

### (Against All Defendants)

72.    Plaintiff realleges and incorporates herein by reference each and every foregoing paragraph of this Complaint.

73.    Defendants were unjustly enriched at Plaintiff's expense through receipt of fraudulent wire transfers.

74.    Equity and good conscience require that Defendants disgorge the funds obtained from Plaintiff.

## SIXTH CAUSE OF ACTION

### (CONSTUCTIVE TRUST / RESTITUTION)

### (Against All Defendants)

75.    Plaintiff realleges and incorporates herein by reference each and every foregoing paragraph of this Complaint.

76.    Defendants hold money and property wrongfully obtained from Plaintiff in equity and good conscience.

77.    Plaintiff is entitled to imposition of a constructive trust over Defendants' assets traceable to the fraudulent scheme, to ensure restitution.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for judgment against Defendants as follows:

1. Treble damages under 18 U.S.C. § 1964(c);

2. Compensatory damages of an amount $1,571,171.00 USD;

3. For pre-judgment interest and post-judgement interest according to statute;

4. For Plaintiff's reasonable attorneys 'fees and costs according to statute, 18 U.S.C. § 1964(c);

5. Restitution and disgorgement of ill-gotten gains;

6. Punitive damages;

7. Injunctive relief preventing Defendants from dissipating fraud proceeds; and

8. For such other relief the Court deems just and proper.

Date: September 03, 2025                                    By: *Yakup Sari*

Yakup Sari, Esq.

Attorney for Plaintiff

EXHIBIT A

This is the upgraded version of the bank app    5:35 PM



**Standard Chartered Bank United States**
Index for Standard Charter...
www.stndtd.com



https://www.stndtd.com/us/#

5:35 PM

USER NAME: AJ68S    5:35 PM

PW- 90009    5:36 PM



# EXHIBIT A-1

## Forwarded Conversation
**Subject: RE: A/C Abdullah John Scott ; A/C NUMBER- 0144990331**
------------------------

From: **Abdullah John Scott** <abdullahjohnscott@gmail.com>
Date: Tue, Feb 7, 2023 at 9:52 AM
To: <info@stchartd.com>

6th February 2023
The Bank Manager,
Standard Chartered Bank,

RE: (A/C Abdullah John Scott ; A/C NUMBER- 0144990331

Please refer to the above subject.

I made a transfer from my account to a designated account in The USA and Saudi Arabia . Unfortunately, the money was deducted from my account without being remitted simultaneously into the account that I transferred the money to.

Please check my transaction to find out what the problem is, and help to resolve this anomaly for me as expeditiously as possible.

Thanks in anticipation of your cooperation.

Yours faithfully,
Abdullah John Scott

----------
From: <info@stchartd.com>
Date: Tue, Feb 7, 2023 at 7:23 PM
To: Abdullah John Scott <abdullahjohnscott@gmail.com>


Dear Abdullah John Scott,


We have received complaints of your failed transactions. We have however put a trace to find out the problem associated with your account. We apologize for the undue delay you might encounter as a result of this, please bear with us.


Regards,
Michael Owen

Standard Chartered Bank.
Head Office: Branch: 1095 6th Ave #37, New York, NY 10036, USA
https://www.stchartd.com/en/
Toll-free number: +1 (518) 468-3445
Email: info@stchartd.com, customerservice@stchartd.com

--------------------------------------------------------------------------------
If you notice any discrepancy or any misstatement on any of our service channels, kindly contact our 24/7 contact Centre on Tel No (+1) (518) 468-3445 -or- send-email-to-customer care customerrservice@stanbk.com
--------------------------------------------------------------------------------
-
Disclaimer
This information is confidential and intended solely for use of Standard Chartered Bank and client or prospective client to whom it has been delivered. Any review, retransmission, dissemination, or rather use of, or taking any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. Your email may have been modified to protect confidential information. If you receive this in error, please contact the sender and delete the material from your computer.

\---------

From: **Abdullah John Scott** <abdullahjohnscott@gmail.com>
Date: Tue, Feb 7, 2023 at 9:50 PM
To: <info@stchartd.com>


Thank you for your reply. Can you kindly provide me with the SWIFT confirmation for the transfer for Iman Ali in Bahrain (BBK Bank) so she can check on her end as well. Thank you


\---------

From: <info@stchartd.com>
Date: Thu, Feb 9, 2023 at 1:59 AM
To: Abdullah John Scott <abdullahjohnscott@gmail.com>


Dear Abdullah John Scott,

We wish to inform you that your account is temporarily suspended because of evasion of Personal Income Tax contrary to Article 5 (iii) of IRS Law which is punishable by fine and or imprisonment of not later than 3 months.

It is an offense to evade payment of tax to the government on income made  in furtherance to execution of your project and thus, you are mandated to make a payment of $38,745 USD into the IRS accredited agent's account as provided below, for onward processing of your Tax related matters.

Please note further that failure to comply with this legal requirement within 7 working  days will constitute more demurrage and confiscation of your account, as the case may be. Please note that time is of essence.

ACCOUNT NAME: WAM CONSTRUCTION

ACCOUNT NO: 208-235-069

BANK NAME: CITIBANK

ROUTING NO: 321171184

BANK ADDRESS: 12191 Ventura blvd Studio city ca 91604

SWIFT CODE:CITIUS33

BENEFICIARY ADDRESS:11214 COLLETT AVE GRANADA HILLS CA 91344.

Please send a copy of your payment to us for our record purposes.

Do not hesitate to contact us for further information.

# EXHIBIT B

< DOC-20230210... ✏ ⋮



**Account Transaction Details Receipt**

Outgoing INTL transfer - SWIFT

**Transaction Details**

| | |
|---|---|
| Date | 10/02/2023 |
| Description | Outgoing INTL transfer - SWIFT |
| Processing Date | 10/02/2023 |
| Amount | SAR -145564.97 |
| Name | WAM CONSTRUCTION |
| Custom Description | CITY:Digital Channel مصاريف تشغيل Business U.S.A FREX : @ USD    0.26616980 |
| | ███████59 11214 Colett Ave CITIBANK N.A. WAM CONSTRUCTION |
| | NCBKB2823041AKXS 38745.0 USD |

**The Saudi National Bank**

A Saudi Joint Stock Company

Paid Up Capital SR 44,780,000,000

Commercial Registeration 4030001588

Under the supervision and control of The Saudi Central Bank

1/1

# EXHIBIT C

# Wire Transfer Services
## Outgoing Wire Transfer Request


WELLS FARGO

| Today's Date: | | | Wells Fargo Reference Number: |
|---|---|---|---|
| 02/28/2023 | | | FW0000221059512904 |

| Banker Name: | | | Officer/Portfolio Number: |
|---|---|---|---|
| JASON ALLEN DAVILA | | | CP003 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 949/206-9682 | 04821 | 0000221 | E2262-011 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| Originator Name: | | | Street Address: | |
|---|---|---|---|---|
| SHADIA HASSAN | | | 19196 HIGHLAND VIEW LN | |

| Primary ID Type: | Primary ID Description: | | Address Line 2: | |
|---|---|---|---|---|
| DLIC | N0921653 | | | |

| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: | |
|---|---|---|---|---|
| CA | 09/24/2018 | 08/06/2023 | | |

| Secondary ID Type: | Secondary ID Description: | | City: | State: |
|---|---|---|---|---|
| TOKN | Token ID | | TRABUCO CANYON | CA |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
|---|---|---|---|---|
| | NONE | NONE | 92679-1001 | US |

| | | | Home Phone: | Business Phone: |
|---|---|---|---|---|
| | | | 949/305-9521 | |

## Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0000221 | $38,745.00 | 6814450075 | 00114 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| WAM Construction | 11214 Collet Ave |

| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
|---|---|
| 069 | |

| Purpose of Funds: | Name/Address Line 3: |
|---|---|
| | Granada Hills, CA, US |
| | Beneficiary Phone Number: |

| Additional Instructions: | |
|---|---|
| | |

# EXHIBIT D

# Wire Transfer Services
## Outgoing Wire Transfer Request

| | | | |
|---|---|---|---|
| Today's Date: | | | Wells Fargo Reference Number: |
| 03/08/2023 | | | FW0000221067844164 |
| Banker Name: | | | Officer/Portfolio Number: |
| JASON ALLEN DAVILA | | | CP003 |
| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
| 949/206-9682 | 04821 | 0000221 | E2262-011 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages
Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLA
SWIFT BIC, the International Routing Code ("IRC") . Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| | | | | |
|---|---|---|---|---|
| Originator Name: | | | Street Address: | |
| SHADIA HASSAN | | | 19196 HIGHLAND VIEW LN | |
| Primary ID Type: | Primary ID Description: | | Address Line 2: | |
| DLIC | N0921653 | | | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: | |
| CA | 09/24/2018 | 08/06/2023 | City: | State: |
| Secondary ID Type: | Secondary ID Description: | | TRABUCO CANYON | CA |
| TOKN | Token ID | | ZIP/Postal Code: | Country: |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | 92679-1001 | US |
| | NONE | NONE | Home Phone: | Business |
| | | | 949/305-9521 | |

## Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0000221 | $88,465.00 | 6814450075 | 00114 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| | |
|---|---|
| Beneficiary/Recipient Name: | Name/Address Line 1: |
| WAM Construction | 11214 Collet Ave |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| 069 | |
| Purpose of Funds: | Name/Address Line 3: |
| | Granada Hills , CA, US |
| | Beneficiary Phone Number: |

# EXHIBIT E

# Wire Transfer Services
Outgoing Wire Transfer Request



| Today's Date: | | | Wells Fargo Reference Number: |
|---|---|---|---|
| 03/15/2023 | | | FW0000221074044015 |
| Banker Name: | | | Officer/Portfolio Number: |
| JASON ALLEN DAVILA | | | CP003 |
| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
| 949/206-9682 | 04821 | 0000221 | E2262-011 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| Originator Name: | | | Street Address: | |
|---|---|---|---|---|
| SHADIA HASSAN | | | 19196 HIGHLAND VIEW LN | |
| Primary ID Type: | Primary ID Description: | | Address Line 2: | |
| DLIC | N0921653 | | | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: | |
| CA | 09/24/2018 | 08/06/2023 | | |
| Secondary ID Type: | Secondary ID Description: | | City: | State: |
| TOKN | Token ID | | TRABUCO CANYON | CA |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| | NONE | NONE | 92679-1001 | US |
| | | | Home Phone: | Business Phone: |
| | | | 949/305-9521 | |

## Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0000221 | $133,250.00 | 6814450075 | 114 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| TITO  E REANO REYES | DBA MP MARKETING |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| 83 | 11214 COLLETT AVE |
| Purpose of Funds: | Name/Address Line 3: |
| | GRANADA HILLS CA 913443810 |
| | Beneficiary Phone Number: |
| Additional Instructions: | |

# EXHIBIT F

# Wire Transfer Services
## Outgoing Wire Transfer Request

WEL
FAR(

| Today's Date: | | |
|---|---|---|
| 03/31/2023 | | |

| | Wells Fargo Reference Number: |
|---|---|
| Banker Name: | FW0000221090790316 |
| JASON ALLEN DAVILA | Officer/Portfolio Number: |
| | CP003 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 949/206-9682 | 04821 | 0000221 | E2262-011 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Not
Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number
SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| Originator Name: | | | Street Address: |
|---|---|---|---|
| SHADIA HASSAN | | | 19196 HIGHLAND VIEW LN |
| Primary ID Type: | Primary ID Description: | | Address Line 2: |
| DLIC | N0921653 | | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: |
| CA | 09/24/2018 | 08/06/2023 | |
| Secondary ID Type: | Secondary ID Description: | | City: | State: |
| TOKN | Token ID | | TRABUCO CANYON | CA |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| | NONE | NONE | 92679-1001 | US |
| | | | Home Phone: | Business Phone: |
| | | | 949/305-9521 | |

## Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0000221 | $53,600.00 | 6814450075 | 114 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| TITO  E REANO REYES | DBA MP MARKETING |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| ▮▮▮▮▮883 | 11214  COLLETT AVE |
| Purpose of Funds: | Name/Address Line 3: |
| | GRANADA HILLS CA 913443810 |
| | Beneficiary Phone Number: |
| Additional Instructions: | |

EXHIBIT G

# Wire Transfer Services
## Outgoing Wire Transfer Request



| Today's Date: | | | Wells Fargo Reference Number: |
|---|---|---|---|
| 04/17/2023 | | | FW0000221107361317 |
| Banker Name: | | | Officer/Portfolio Number: |
| JASON ALLEN DAVILA | | | CP003 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 949/206-9682 | 04821 | 0000221 | E2262-011 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

### Originator's Information

| Originator Name: | | | Street Address: | |
|---|---|---|---|---|
| SHADIA HASSAN | | | 19196 HIGHLAND VIEW LN | |
| Primary ID Type: | Primary ID Description: | | Address Line 2: | |
| DLIC | N0921653 | | | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: | |
| CA | 09/24/2018 | 08/06/2023 | | |
| Secondary ID Type: | Secondary ID Description: | | City: | State: |
| TOKN | Token ID | | TRABUCO CANYON | CA |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| | NONE | NONE | 92679-1001 | US |
| | | | Home Phone: | Business Phone: |
| | | | 949/305-9521 | |

### Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0000221 | $107,500.00 | 6814450075 | 00114 |

### Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| Wam Construction | 11214 Collett |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| ▮▮▮▮▮▮▮▮276 | |
| Purpose of Funds: | Name/Address Line 3: |
| | Granada Hills, CA, US |
| | Beneficiary Phone Number: |
| Additional Instructions: | |

# EXHIBIT H

# Wire Transfer Services
## Outgoing Wire Transfer Request


WELLS FARGO

| Today's Date: | | | Wells Fargo Reference Number: |
|---|---|---|---|
| 04/25/2023 | | | FW0000221115269467 |
| Banker Name: | | | Officer/Portfolio Number: |
| JASON ALLEN DAVILA | | | CP003 |
| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
| 949/206-9682 | 04821 | 0000221 | E2262-011 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| Originator Name: | | | Street Address: | |
|---|---|---|---|---|
| SHADIA HASSAN | | | 19196 HIGHLAND VIEW LN | |
| Primary ID Type: | Primary ID Description: | | Address Line 2: | |
| PINV NS | PIN Validation | | | |
| Primary ID St/Ctry/Prov. | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: | |
| | NONE | NONE | | |
| Secondary ID Type: | Secondary ID Description: | | City: | State: |
| DLIC | N0921653 | | TRABUCO CANYON | CA |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| CA | 09/24/2018 | 08/06/2023 | 92679-1001 | US |
| | | | Home Phone: | Business Phone: |
| | | | 949/305-9521 | |

## Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0000221 | $65,000.00 | 6814450075 | 00114 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| Wam Construction | 11214 Collett |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| ████76 | |
| Purpose of Funds: | Name/Address Line 3: |
| | Granada Hills, CA, US |
| | Beneficiary Phone Number: |
| Additional Instructions: | |
| | |

# EXHIBIT I



# Wire Transfer Services
## Outgoing Wire Transfer Request

Today's Date:
05/08/2023

Banker Name:
NICOLE VARSOVIA

Banker Phone:
949/206-9682

Branch Number:
04821

Banker AU:
0000221

Wells Fargo Reference Number:
FW0000221128884548

Officer/Portfolio Number:
AC059

Banker MAC:
E2262-011

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number. SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

Originator Name:
SHADIA HASSAN

Primary ID Type:
PINV NS

Primary ID Description:
PIN Validation

Primary ID St/Ctry/Prov:

Primary ID Issue Date:
NONE

Primary ID Expiration Date:
NONE

Secondary ID Type:
DLIC

Secondary ID Description:
N0921653

Secondary ID State/Country:
CA

Secondary ID Issue Date:
09/24/2018

Secondary ID Expiration Date:
08/06/2023

Street Address:
19196 HIGHLAND VIEW LN

Address Line 2:

Address Line 3:

City:
TRABUCO CANYON

State:
CA

ZIP/Postal Code:
92679-1001

Country:
US

Home Phone:
949/305-9521

Business Phone:

## Wire Amount and Source of Funds

Create AU:
0000221

Amount (US Dollars):
$147,929.00

Debit Wells Fargo Account:
9398512930

Bank/COID:
00114

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

Beneficiary/Recipient Name:
WAM CONSTRUCTION

Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico):
276

Purpose of Funds:

Additional Instructions:

Name/Address Line 1:

Name/Address Line 2:

Name/Address Line 3:
GRANADA HILLS, CA, US

Beneficiary Phone Number:

EXHIBIT J

# Wire Transfer Services
Outgoing Wire Transfer Request



| Today's Date: | | | Wells Fargo Reference Number: |
|---|---|---|---|
| 05/25/2023 | | | FW0014232145815759 |
| Banker Name: | | | Officer/Portfolio Number: |
| GAVIN B MEIGS | | | CD969 |
| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
| 213/334-4364 | 11469 | 0014232 | E2897-010 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| Originator Name: | | | Street Address: | |
|---|---|---|---|---|
| SHADIA HASSAN | | | 19196 HIGHLAND VIEW LN | |
| Primary ID Type: | Primary ID Description: | | Address Line 2: | |
| PINV NS | PIN Validation | | | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: | |
| | NONE | NONE | | |
| Secondary ID Type: | Secondary ID Description: | | City: | State: |
| DLIC | N0921653 | | TRABUCO CANYON | CA |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| CA | 09/24/2018 | 08/06/2023 | 92679-1001 | US |
| | | | Home Phone: | Business Phone: |
| | | | 949/305-9521 | |

## Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0014232 | $48,960.00 | 9398512930 | 00114 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| CESAR LOPEZ LOAIZA | HERTMITAGE AVE APT 5 |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| 424 | |
| Purpose of Funds: | Name/Address Line 3: |
| | VALLEY VILLAGE, CA, US |
| | Beneficiary Phone Number: |
| Additional Instructions: | |
| | |



WTR6603 (2-20 SVP)

# EXHIBIT K



# Wire Transfer Services
## Outgoing Wire Transfer Request

**WELLS FARGO**

| Today's Date: | | | Wells Fargo Reference Number: |
|---|---|---|---|
| 05/25/2024 | | | FW0000442146880878 |
| Banker Name: | | | Office/Portfolio Number: |
| KRISTOPHER ROCHA | | | D2806 |
| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
| 951/443-4800 | 04631 | 0000442 | E2559-012 |

Outgoing wires can only be sent to Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| Originator Name: | | | Street Address: | |
|---|---|---|---|---|
| CESAR E LOPEZ LOAIZA | | | 5252 HERMITAGE AVE APT 5 | |
| Primary ID Type: | Primary ID Description: | | Address Line 2: | |
| PINV NS | PIN Validation | | | |
| Primary ID St/Cty/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: | |
| | NONE | NONE | | |
| Secondary ID Type: | Secondary ID Description: | | City: | State: |
| PASP | 166950669 | | VALLEY VILLAGE | CA |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country |
| BO | 03/30/2022 | 03/29/2032 | 91607-2554 | US |
| | | | Home Phone: | Business Phone: |

## Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0000442 | $1,460.00 | 6904571632 | 114 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| IMANE ALI ALMATAR | SHADIA HASSAN |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| ▮▮▮▮▮▮▮▮P30 | 19196 HIGHLAND VIEW LN |
| Purpose of Funds: | Name/Address Line 3: |
| | TRABUCO CANYON CA 926791001 |
| | Beneficiary Phone Number: |

Additional Instructions:

## Customer Copy

Page 1 of

VTR6603 (4-24 SVP)

# EXHIBIT L

# Wire Transfer Services
## Outgoing Wire Transfer Request



**WELLS FARGO**

| | | | | |
|---|---|---|---|---|
| Today's Date: | | | Wells Fargo Reference Number: | |
| 06/27/2023 | | | FW0000221178994141 | |
| Banker Name: | | | Officer/Portfolio Number: | |
| CHRISTOPHER DENVER | | | C6167 | |
| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: | |
| 949/206-9682 | 04821 | 0000221 | E2262-011 | |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| | | | | |
|---|---|---|---|---|
| Originator Name: | | | Street Address: | |
| SHADIA HASSAN | | | 19196 HIGHLAND VIEW LN | |
| Primary ID Type: | Primary ID Description: | | Address Line 2: | |
| PINV NS | PIN Validation | | | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: | |
| | NONE | NONE | | |
| Secondary ID Type: | Secondary ID Description: | | City: | State: |
| DLIC | N0921653 | | TRABUCO CANYON | CA |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| CA | 09/24/2018 | 08/06/2023 | 92679-1001 | US |
| | | | Home Phone: | Business Phone: |
| | | | 949/305-9521 | |

## Wire Amount and Source of Funds

| | | | |
|---|---|---|---|
| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
| 0000221 | $68,976.00 | 9398512930 | 114 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| | |
|---|---|
| Beneficiary/Recipient Name: | Name/Address Line 1: |
| TITO  E REANO REYES | DBA MP MARKETING |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| ▓▓▓▓5383 | 11214 COLLETT AVE |
| Purpose of Funds: | Name/Address Line 3: |
| | GRANADA HILLS CA 913443810 |
| Additional Instructions: | Beneficiary Phone Number: |
| | |

EXHIBIT M

# IMPORTANT - Please Read

Outstanding cashier's checks are subject to state or territorial unclaimed property laws.

If the cashier's check is lost, stolen, or destroyed, you may request a stop payment and reissuance. A stop payment and reissuance can only be completed within a branch location. As a condition of stop payment and reissuance, Wells Fargo Bank will require an indemnity agreement. In addition, for cashier's checks over $1,000.00, the waiting period before the stop payment and reissuance of an outstanding cashier's check may be processed is 90 days (30 days in the state of Wisconsin and 91 days in the state of New York). The waiting period can be avoided with the purchase of an acceptable surety bond. This can be purchased through Wells Fargo's approved insurance carrier or through an insurance carrier of the customer's choice. The cost of a surety bond varies depending on the amount of the bond and the insurer used. Surety bonds are subject to the insurance carrier's underwriting requirements before issuance. If the surety bond is not provided, the waiting period applies.

## Purchaser Copy - Page 2 of 2

| | | **CASHIER'S CHECK** | SERIAL #: 0022105029 |
|---|---|---|---|
| 0000221 | 11-24 | | ACCOUNT#: 4861-511483 |
| Office AU # | 1210(8) | | |

Remitter:        SHADIA HASSAN
Purchaser:       SHADIA HASSAN
Purchaser Account: xxxxxx2930
Operator I.D.:   u024048 u240245
Funding Source:  Paper Item(s)

July 19, 2023

PAY TO THE ORDER OF   ***WAM CONSTRUCTION***

**Seventy Thousand Three Hundred Twenty and 00/100 -US Dollars **          **$70,320.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
26622 TOWNE CENTRE DR
FOOTHILL RANCH, CA 92610
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 70,320.00

NON-NEGOTIABLE

## Purchaser Copy - Page 1 of 2

F8004 (10/19) M4203  20164207

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

| | | **CASHIER'S CHECK** | |
|---|---|---|---|
| 0000221 | 11-24 | | 0022105029 |
| Office AU # | 1210(8) | | |

Remitter:        SHADIA HASSAN
Operator I.D.:   u024048 u240245

July 19, 2023

PAY TO THE ORDER OF   ***WAM CONSTRUCTION***

**Seventy Thousand Three Hundred Twenty and 00/100 -US Dollars **          **$70,320.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
26622 TOWNE CENTRE DR
FOOTHILL RANCH, CA 92610
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 70,320.00

Authorized Signature

⑆002210502⑆ ⑆121000248⑆4861  511483⑆

EXHIBIT N

# Wire Transfer Services
Outgoing Wire Transfer Request



| Today's Date: | | | Wells Fargo Reference Number: |
|---|---|---|---|
| 08/07/2023 | | | FW0000221219953473 |
| Banker Name: | | | Officer/Portfolio Number: |
| NICOLE VARSOVIA | | | AC059 |
| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
| 949/206-9682 | 04821 | 0000221 | E2262-011 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| Originator Name: | | | Street Address: | |
|---|---|---|---|---|
| SHADIA HASSAN | | | 19196 HIGHLAND VIEW LN | |
| Primary ID Type: | Primary ID Description: | | Address Line 2: | |
| PINV NS | PIN Validation | | | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: | |
| | NONE | NONE | | |
| Secondary ID Type: | Secondary ID Description: | | City: | State: |
| PASP | 564340634 | | TRABUCO CANYON | CA |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| US | 03/03/2017 | 03/02/2027 | 92679-1001 | US |
| | | | Home Phone: | Business Phone: |
| | | | 949/305-9521 | |

## Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0000221 | $109,269.00 | 9398512930 | 00114 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| FAVIAH COLLECTIONS | |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| 184 | |
| Purpose of Funds: | Name/Address Line 3: |
| | DALLAS, TX, US |
| | Beneficiary Phone Number: |
| Additional Instructions: | |
| REF | |

EXHIBIT O

# Wire Transfer Services
## Outgoing Wire Transfer Request


**WELLS FARGO**

| Today's Date: | | | Wells Fargo Reference Number: |
|---|---|---|---|
| 08/17/2023 | | | FW0000221229891334 |
| Banker Name: | | | Officer/Portfolio Number: |
| NICOLE VARSOVIA | | | AC059 |
| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
| 949/206-9682 | 04821 | 0000221 | E2262-011 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| Originator Name: | | | Street Address: | |
|---|---|---|---|---|
| SHADIA HASSAN | | | 19196 HIGHLAND VIEW LN | |
| Primary ID Type: | Primary ID Description: | | Address Line 2: | |
| PINV NS | PIN Validation | | | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: | |
| | NONE | NONE | | |
| Secondary ID Type: | Secondary ID Description: | | City: | State: |
| DLIC | N0921653 | | TRABUCO CANYON | CA |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| CA | 08/09/2023 | 10/07/2023 | 92679-1001 | US |
| | | | Home Phone: | Business Phone: |
| | | | 949/305-9521 | |

## Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0000221 | $100,000.00 | 9398512930 | 114 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| TITO E REANO REYES | DBA WAM CONSTRUCTION |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| ▮▮▮▮918 | 11214 COLLETT AVE |
| Purpose of Funds: | Name/Address Line 3: |
| | GRANADA HILLS CA 913443810 |
| | Beneficiary Phone Number: |
| Additional Instructions: | |
| | |

# EXHIBIT P

# Wire Transfer Services
## Outgoing Wire Transfer Request

**WELLS FARGO**

Today's Date:
09/12/2023

Banker Name:
CHRISTOPHER DENVER

Banker Phone:
949/206-9682

Branch Number:
04821

Banker AU:
0000221

Wells Fargo Reference Number:
FW0000221255521865

Officer/Portfolio Number:
C6167

Banker MAC:
E2262-011

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

Originator Name:
SHADIA HASSAN

Primary ID Type:
PINV NS

Primary ID Description:
PIN Validation

Primary ID St/Ctry/Prov:

Primary ID Issue Date:
NONE

Primary ID Expiration Date:
NONE

Secondary ID Type:
DLIC

Secondary ID Description:
N0921653

Secondary ID State/Country:
CA

Secondary ID Issue Date:
08/09/2023

Secondary ID Expiration Date:
08/06/2028

Street Address:
19196 HIGHLAND VIEW LN

Address Line 2:

Address Line 3:

City:
TRABUCO CANYON

State:
CA

ZIP/Postal Code:
92679-1001

Country:
US

Home Phone:
949/305-9521

Business Phone:

## Wire Amount and Source of Funds

Create AU:
0000221

Amount (US Dollars):
$74,790.00

Debit Wells Fargo Account:
9398512930

Bank/COID:
114

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

Beneficiary/Recipient Name:
TITO E REANO REYES

Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico):
███383

Purpose of Funds:

Additional Instructions:

Name/Address Line 1:
DBA MP MARKETING

Name/Address Line 2:
11214 COLLETT AVE

Name/Address Line 3:
GRANADA HILLS CA 913443810

Beneficiary Phone Number:

# EXHIBIT Q

# Wire Transfer Services
## Outgoing Wire Transfer Request

Today's Date:
10/11/2023

Banker Name:
CHRISTOPHER DENVER

Banker Phone:
949/206-9682

Branch Number:
04821

Banker AU:
0000221

Wells Fargo Reference Number:
FW0000221284678427

Officer/Portfolio Number:
C6167

Banker MAC:
E2262-011

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pag
Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican
SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

Originator Name:
SHADIA HASSAN

Primary ID Type:
PINV NS

Primary ID Description:
PIN Validation

Primary ID St/Ctry/Prov:

Primary ID Issue Date:
NONE

Primary ID Expiration Date:
NONE

Secondary ID Type:
DLIC

Secondary ID Description:
N0921653

Secondary ID State/Country:
CA

Secondary ID Issue Date:
08/09/2023

Secondary ID Expiration Date:
08/06/2028

Street Address:
19196 HIGHLAND VIEW LN

Address Line 2:

Address Line 3:

City:
TRABUCO CANYON

State:
CA

ZIP/Postal Code:
92679-1001

Country:
US

Home Phone:
949/305-9521

Business

## Wire Amount and Source of Funds

Create AU:
0000221

Amount (US Dollars):
$39,620.00

Debit Wells Fargo Account:
9398512930

Bank/COID:
114

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

Beneficiary/Recipient Name:
TITO E REANO REYES

Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico):
⬛⬛⬛383

Purpose of Funds:

Additional Instructions:

Name/Address Line 1:
DBA MP MARKETING

Name/Address Line 2:
11214 COLLETT AVE

Name/Address Line 3:
GRANADA HILLS CA 913443810

Beneficiary Phone Number:

EXHIBIT R

# Wire Transfer Services
## Outgoing Wire Transfer Request


**WELLS FARGO**

| Today's Date: | | | Wells Fargo Reference Number: |
|---|---|---|---|
| 11/15/2023 | | | FW0000221319732609 |
| Banker Name: | | | Officer/Portfolio Number: |
| EDUARDO NEVAREZ | | | C1334 |
| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
| 949/206-9682 | 04821 | 0000221 | E2262-011 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| Originator Name: | | | Street Address: | |
|---|---|---|---|---|
| SHADIA HASSAN | | | 19196 HIGHLAND VIEW LN | |
| Primary ID Type: | Primary ID Description: | | Address Line 2: | |
| PINV NS | PIN Validation | | | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: | |
| | NONE | NONE | | |
| Secondary ID Type: | Secondary ID Description: | | City: | State: |
| DLIC | N0921653 | | TRABUCO CANYON | CA |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| CA | 08/09/2023 | 08/06/2028 | 92679-1001 | US |
| | | | Home Phone: | Business Phone: |
| | | | 949/305-9521 | |

## Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0000221 | $58,500.00 | 9398512930 | 114 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| TITO  E REANO REYES | DBA MP MARKETING |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| ████████83 | 11214 COLLETT AVE |
| Purpose of Funds: | Name/Address Line 3: |
| | GRANADA HILLS CA 913443810 |
| | Beneficiary Phone Number: |
| Additional Instructions: | |
| | |

# EXHIBIT S

0000221  11-24
Office AU #  1210(8)

Remitter:  SHADIA HASSAN
Operator I.D.:  k078431 u111236

**CASHIER'S CHECK**

0022105208

December 12, 2023

PAY TO THE ORDER OF  ***MP MARKETING***

**Seventy-Six Thousand One Hundred Seventy-Nine and 00/100 -US Dollars **       **$76,179.00**

Payee Address: 11214 COLLETT AVE GRANADA HILLS CA 91344- US
Memo:

VOID IF OVER US $ 76,179.00

WELLS FARGO BANK, N.A.
26622 TOWNE CENTRE DR
FOOTHILL RANCH, CA 92610
FOR INQUIRIES CALL (480) 394-3122

Authorized Signature

⑈0022105208⑈ ⑆121000248⑆4861 511483⑈

---

0000221  11-24
Office AU #  1210(8)

Remitter:  SHADIA HASSAN
Purchaser:  SHADIA HASSAN
Purchaser Account:  xxxxxx2930
Operator I.D.:  k078431 u111236
Funding Source:  Paper Item(s)

**CASHIER'S CHECK**

SERIAL #: 0022105208

ACCOUNT#:  4861-511483

December 12, 2023

PAY TO THE ORDER OF  ***MP MARKETING***

**Seventy-Six Thousand One Hundred Seventy-Nine and 00/100 -US Dollars **       **$76,179.00**

NON NEGOTIABLE

Payee Address: 11214 COLLETT AVE GRANADA HILLS CA 91344- US
Memo:

VOID IF OVER US $ 76,179.00

WELLS FARGO BANK, N.A.
26622 TOWNE CENTRE DR
FOOTHILL RANCH, CA 92610
FOR INQUIRIES CALL (480) 394-3122

**NON-NEGOTIABLE**

**Purchaser Copy - Page 1 of 2**

FR004 (10/19) M4203  30118152

CS Scanned with CamScanner

EXHIBIT T

# Wire Transfer Services
## Outgoing Wire Transfer Request



**WELLS FARGO**

| Today's Date: | | | Wells Fargo Reference Number: |
|---|---|---|---|
| 01/09/2024 | | | FW0000221009143271 |
| Banker Name: | | | Officer/Portfolio Number: |
| NICOLE VARSOVIA | | | AC059 |
| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
| 949/206-9682 | 04821 | 0000221 | E2262-011 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| Originator Name: | | | Street Address: | |
|---|---|---|---|---|
| SHADIA HASSAN | | | 19196 HIGHLAND VIEW LN | |
| Primary ID Type: | Primary ID Description: | | Address Line 2: | |
| PINV NS | PIN Validation | | | |
| Primary ID St/Ctry/Prov.: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: | |
| | NONE | NONE | | |
| Secondary ID Type: | Secondary ID Description: | | City: | State: |
| DLIC | N0921653 | | TRABUCO CANYON | CA |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| CA | 08/09/2023 | 08/06/2028 | 92679-1001 | US |
| | | | Home Phone: | Business Phone: |
| | | | 949/305-9521 | |

## Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0000221 | $133,324.00 | 9398512930 | 114 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| TITO  E REANO REYES | DBA MP MARKETING |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| ████████383 | 11214 COLLETT AVE |
| Purpose of Funds: | Name/Address Line 3: |
| | GRANADA HILLS  CA 913443810 |
| | Beneficiary Phone Number: |
| Additional Instructions: | |
| | |

# Customer Copy

WTR6603 (2-20 SVP)

# EXHIBIT U

# Wire Transfer Services

Outgoing Wire Transfer Request

**WELLS FARGO**

| | | |
|---|---|---|
| Today's Date: | | Wells Fargo Reference Number: |
| 02/20/2024 | | FW0000221051282663 |
| Banker Name: | | Officer/Portfolio Number: |
| JULIE SAMSON | | B1363 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 949/206-9682 | 04821 | 0000221 | E2262-011 |

Outgoing wires can only be sent to Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| Originator Name: | | | Street Address: | |
|---|---|---|---|---|
| SHADIA HASSAN | | | 19196 HIGHLAND VIEW LN | |
| Primary ID Type: | Primary ID Description: | | Address Line 2: | |
| PINV NS | PIN Validation | | | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: | |
| | NONE | NONE | | |
| Secondary ID Type: | Secondary ID Description: | | City: | State: |
| DLIC | N0921653 | | TRABUCO CANYON | CA |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| CA | 08/09/2023 | 08/06/2028 | 92679-1001 | US |
| | | | Home Phone: | Business Phone: |
| | | | 949/305-9521 | |

## Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0000221 | $59,000.00 | 9398512930 | 00114 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| Ann Marie Lozano | |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| ▇▇▇▇▇▇▇83 | |
| Purpose of Funds: | Name/Address Line 3: |
| Business | Reseda, CA, US |
| | Beneficiary Phone Number: |
| Additional Instructions: | |

EXHIBIT V

# Wire Transfer Services

## Outgoing Wire Transfer Request



**WELLS FARGO**

| Today's Date: | | | Wells Fargo Reference Number: | |
|---|---|---|---|---|
| 02/20/2024 | | | FW0000221051240663 | |
| Banker Name: | | | Officer/Portfolio Number: | |
| JULIE SAMSON | | | B1363 | |
| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: | |
| 949/206-9682 | 04821 | 0000221 | E2262-011 | |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

### Originator's Information

| Originator Name: | | | Street Address: | |
|---|---|---|---|---|
| SHADIA HASSAN | | | 19196 HIGHLAND VIEW LN | |
| Primary ID Type: | Primary ID Description: | | Address Line 2: | |
| PINV NS | PIN Validation | | | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: | |
| | NONE | NONE | | |
| Secondary ID Type: | Secondary ID Description: | | City: | State: |
| DLIC | N0921653 | | TRABUCO CANYON | CA |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| CA | 08/09/2023 | 08/06/2028 | 92679-1001 | US |
| | | | Home Phone: | Business Phone: |
| | | | 949/305-9521 | |

### Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0000221 | $59,000.00 | 9398512930 | 00114 |

### Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| Kevin Nolasco | |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| ▇▇▇817 | |
| Purpose of Funds: | Name/Address Line 3: |
| Business | Reseda, CA, US |
| | Beneficiary Phone Number: |
| Additional Instructions: | |
| | |

# EXHIBIT W

# Table of Contents

Subject Information ........................................................................................................................................ 2

Potential Subject Photos (None Found) ........................................................................................................ 3

Possible Criminal Records (None Found) ...................................................................................................... 3

Possible Employers (4 Found) ...................................................................................................................... 3

Address Summary (5 Found) ........................................................................................................................ 3

Address Details (5 Found) ............................................................................................................................ 3

Cities History (3 Found) ................................................................................................................................ 4

Counties History (1 Found) ........................................................................................................................... 4

Driver's License Information (1 Found) .......................................................................................................... 4

Professional Affiliations (None Found) .......................................................................................................... 4

Professional Licenses (1 Found) ................................................................................................................... 4

Bankruptcy Records (None Found) ............................................................................................................... 5

Liens (1 Found) ............................................................................................................................................. 5

Judgments (1 Found) .................................................................................................................................... 5

Current Property Deeds (None Found) .......................................................................................................... 5

Past Property Deeds (None Found) ............................................................................................................... 5

Property Foreclosures (None Found) ............................................................................................................ 5

Property Assessments (None Found) ............................................................................................................ 5

Current Vehicle Information (None Found) ..................................................................................................... 6

Past Vehicle Information (None Found) ......................................................................................................... 6

Global Watch Lists (None Found) .................................................................................................................. 6

US Business Affiliations (3 Found) ................................................................................................................ 6

UCC Filings (None Found) ............................................................................................................................ 6

US Corporate Affiliations (None Found) ........................................................................................................ 6

Aircraft Records (None Found) ..................................................................................................................... 6

Voter Registrations (None Found) ................................................................................................................. 6

Possible Relatives - Summary (28 Found) .................................................................................................... 6

Likely Associates - Summary (5 Found) ........................................................................................................ 7

Possible Associates - Summary (20 Found) .................................................................................................. 7

Neighbor Phones (10 Found) ........................................................................................................................ 8

FOR ATTORNEY / LAW FIRM PURPOSES ONLY     TITO EREANO REANO-Comprehensive-Report-202508211619

## Important:

This is NOT a CONSUMER REPORT and does not constitute a "consumer report" under the Fair Credit Reporting Act ("FCRA"). This report may not be used to determine the eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.

This system may be used only in accordance with your Subscriber Agreement, the Gramm-Leach-Bliley Act ("GLBA"), the Driver's Privacy Protection Act ("DPPA") and all other applicable laws.   User agrees to having knowledge of all applicable laws pertaining to the usage of data.  User accepts all responsibility civilly and criminally for any use of this system.

Violations of these restrictions or misuse of this system will cause your access to be terminated and will cause an immediate investigation.

## Comprehensive Report

**Comprehensive Report**
**Date:** 08/21/2025
Reference ID: **NONE**

**Report Legend**
 - Deceased Person

Relatives
S   > - 1st Degree of Separation
S   >> - 2nd Degree of Separation
S   >>> - 3rd Degree of Separation

# Subject Information

(Best Information for Subject)

Name: TITO EREANO REANO
Name: TITO E REANO (09/02/2007 to 06/02/2025)
Name: TITO REANO (01/04/2016 to 11/02/2024)
Name: TITO P REANO (03/10/2021 to 06/01/2024)
Name: TITO RENATO (08/24/2011 to 08/24/2011)
Name: TITO EREANO REANO-REYES
Name: TITO REYES
Name: TITO EREANO REYES
Date of Birth: **XX/XX/1986** (83%) , Born **39** years ago
Gender: **Male**
SSN: XXX-XX-4607 issued in **CALIFORNIA** in **2007**
Other Individuals Observed with shared SSN: **None**

**Other Names Associated with Subject**
TITO E REANOREYES(12/15/2015)

**Other DOBs Associated with Subject**
None found

**Possible Phones Associated with Subject:**
(747) 327-8194 (PT) (Mobile) (86%)
(702) 247-1590 (PT) (LandLine) (66%)
(818) 207-6751 (PT) (Mobile) (66%)
(818) 269-3835 (PT) (Mobile) (66%)
(818) 341-5366 (PT) (VoIP) (66%)
(818) 360-4038 (PT) (LandLine) (66%)
(818) 366-0326 (PT) (LandLine) (66%)
(818) 941-3543 (PT) (Mobile) (66%)
(818) 365-0162 (PT) (LandLine) (66%)
(818) 768-5602 (PT) (LandLine) (40%)
(747) 231-8194 (PT) (Mobile) (39%)
(747) 235-4299 (PT) (Mobile) (39%)
(818) 287-5187 (PT) (LandLine) (39%)
(818) 447-3999 (PT) (Mobile) (39%)
(818) 447-9335 (PT) (Mobile) (39%)
(818) 832-9262 (PT) (LandLine) (39%)
(818) 941-4376 (PT) (Mobile) (39%)

## Indicators

Bankruptcies: **No**
Liens: **Yes**
Judgments: **Yes**
Properties: **No**
Corporate Affiliations: **No**
Criminal/Traffic: **No**
Global Watch Lists Match: **No**

**Email Addresses Associated with Subject**
titoreano@yahoo.com (100%)
titoedher@gmail.com (79%)
reanot@hotmail.com (71%)
www.xsliquid16@ix.netcom.com (62%)
xsliquid@socal.rr.com (56%)
www.xsliquid@ca.rr.com (56%)
www.xsliquid16@msn.com (41%)
xsliquid16@ix.netcom.com (41%)
xsliquid16@aol.com (41%)
xsliquid@aol.com (41%)

## Potential Subject Photos (None Found)

## Possible Criminal Records (None Found)

## Possible Employers (4 Found)

Business Name: **LATAM INVESTMENT INC (07/23/2001 to 10/01/2024)** [ View Business Record ]
Address: **11214 COLLETT AVE, GRANADA HILLS, CA 91344 (LOS ANGELES COUNTY)**

Business Name: **MP MARKETING (10/24/2001 to 10/01/2024)** [ View Business Record ]
Address: **5252 HERMITAGE AVE APT 5, VALLEY VILLAGE, CA 91607 (LOS ANGELES COUNTY)**

Business Name: **WAM CONSTRUCTION (11/11/2022)**
Phone: **(747) 327-8194 (PT) WAM CONSTRUCTION**
Address: **11214 COLLETT AVE, GRANADA HILLS, CA 91344 (LOS ANGELES COUNTY)**

Business Name: **HOUSE CLEANING CONSTRUCTION (11/09/2022)**

## Address Summary (5 Found)

11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY) (10/01/2006 to 08/21/2025)
13312 FOOTHILL BLVD, SYLMAR, CA 91342-4856 (LOS ANGELES COUNTY) (07/20/2007 to 05/10/2025)
19425 HAYNES ST APT 5, RESEDA, CA 91335-5706 (LOS ANGELES COUNTY) (08/19/2019 to 09/26/2022)
11214 COLETT AVE, GRANADA HILLS, CA 91526 (LOS ANGELES COUNTY) (12/09/2013 to 08/20/2016)
16079 YARNELL ST SPC C25, SYLMAR, CA 91342-0720 (LOS ANGELES COUNTY) (07/01/2012 to 07/02/2012)

## Address Details (5 Found)

**11214 COLLETT AVE, GRANADA HILLS CA 91344-3810 (LOS ANGELES COUNTY)** (10/01/2006 to 08/21/2025) [ Back to Summary ]
Subject's Phone
  **(747) 327-8194(PT)** - **REANO, TITO**
  Owner:
    **LUISA P REANO** [ View Person Record ]
  Purchase Date: **08/26/2005**
  Purchase Price: **$590,000**
  Assessed Value: **$863,031**
  Living Square Feet: **1,724**
  Land Square Feet: **7,628**

**13312 FOOTHILL BLVD, SYLMAR CA 91342-4856 (LOS ANGELES COUNTY)** (07/20/2007 to 05/10/2025) [ Back to Summary ]
  Subdivision Name: **MACLAY RANCHO EX MI**
 Current Other Phone at address
  **(818) 403-1502(PT)** - **REYES, FAUSTINO**
  Owner:
    **FAUSTINO R CASTRO** [ View Person Record ]
  Purchase Date: **05/20/2024**
  Assessed Value: **$354,961**
  Living Square Feet: **1,043**

Land Square Feet: **7,256**

**19425 HAYNES ST APT 5, RESEDA CA 91335-5706 (LOS ANGELES COUNTY)** (08/19/2019 to 09/26/2022) [ Back to Summary ]
Current Other Phones at address
  **(747) 206-4874(PT) - ALVAREZ, JOSEPH**
  **(818) 231-5990(PT) - HADDAD, ERICK**
  **(951) 916-0715(PT) - HADDAD, AMAL**
  **(747) 265-7661(PT) - LOPEZ, JOSE**
  **(818) 331-3409(PT) - SANCHEZ, SYLVIA**

**11214 COLETT AVE, GRANADA HILLS CA 91526 (LOS ANGELES COUNTY)** (12/09/2013 to 08/20/2016) [ Back to Summary ]

**16079 YARNELL ST SPC C25, SYLMAR CA 91342-0720 (LOS ANGELES COUNTY)** (07/01/2012 to 07/02/2012) [ Back to Summary ]
Subdivision Name: **LOS ANGELES OLIVE GROWERS ASSO**
Address contains: **1 office, 91 units**
Owners:
  **SANTOS HERNANDEZ AMAYA**
  **VILMA DELCARMEN HERNANDEZ**
Living Square Feet: **1,120**


## Cities History (3 Found)

GRANADA HILLS, CA (LOS ANGELES COUNTY)  (10/01/2006 to 08/21/2025)
SYLMAR, CA (LOS ANGELES COUNTY)  (07/20/2007 to 05/10/2025)
RESEDA, CA (LOS ANGELES COUNTY)  (08/19/2019 to 09/26/2022)


## Counties History (1 Found)

LOS ANGELES, CA (10/01/2006 to 08/21/2025)


## Driver's License Information (1 Found)

TITO EDHER REANO REYES
11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)
DL#: XXXX-XXX-XX-XXX-X
Issuing State: **CA**
ID Type: **DL**
Date of Birth: **XX/XX/1986** , Born **39** years ago


## Professional Affiliations (None Found)


## Professional Licenses (1 Found)

TITO E REANO
11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)
License Type: **PHYSICIAN AND SURGEON**
License Number: **1546449**
License State: **CA**

License Status: **ACTIVE**
Issue Date: **03/30/2007**
Expiration Date: **03/31/2009**


# Bankruptcy Records (None Found)


# Liens (1 Found)

Recording Date: **05/24/2017**
Tax Lien Date: **05/23/2017**
**TITO E REANOREYES**[ View Person Record ]
Address: **11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)**
Filing County: **Los Angeles, CA**
Lien Issuing Agency: **FRANCHISE TAX BOARD**
Total Lien Amount: **$2,608**
Deed Category Type: **Placement**
Damar Document Type: **State Tax Lien**
Tax Lien Serial Lien Certificate Number: **17143360257**
Kind Of Tax: **FRANCHISE TAX**
Tax Payer Id: **214058642**


# Judgments (1 Found)

**TITO E REANO**[ View Person Record ]
Address: **11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)**
Filing Type: **SMALL CLAIMS JUDGMENT**
Plaintiff: **EDUARDO TRUEBA**
Court Case Number: **09V02837**
Total Judgment Amount: **$800**
Court: **VAN NUYS MUNICIPAL - LA COUNTY(CALOSMQ)**
Court Address: **14400 ERWIN, VAN NUYS, CA 91316 (LOS ANGELES COUNTY)**
Court Phone: **(818) 374-2654**
Filing Date: **07/01/2009**


# Current Property Deeds (None Found)


# Past Property Deeds (None Found)


# Property Foreclosures (None Found)


# Property Assessments (None Found)

## Current Vehicle Information (None Found)

## Past Vehicle Information (None Found)

## Global Watch Lists (None Found)

## US Business Affiliations (3 Found)

Business Details
**LATAM INVESTMENT INC (Primary)**
Link Number: 646641780

11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY) (06/13/2023 to 02/11/2025)

Business Details
**MP MARKETING (Trade Style)**
**TITO E REANO REYES (Primary)**
Link Number: 481305305

5252 HERMITAGE AVE APT 5, VALLEY VILLAGE, CA 91607-2554 (LOS ANGELES COUNTY) (09/08/2023 to 09/08/2023)

Business Details
**MP MARKETING (Trade Style)**
**TITO REANO REYES (Primary)**
Link Number: 481952845

5252 HERMITAGE AVE APT 5, VALLEY VILLAGE, CA 91607-2554 (LOS ANGELES COUNTY) (09/08/2023 to 05/09/2025)

## UCC Filings (None Found)

## US Corporate Affiliations (None Found)

## Aircraft Records (None Found)

## Voter Registrations (None Found)

## Possible Relatives - Summary (28 Found)

> **SILVIA B REANO GONZALES** 1991 Age: 34
>> **ETHEL B GONZALES** 1972 Age: 52
> **ROBERTO RAFAEL REANO** 1972 Age: 53
> **MILAGROS REANO** 1965 Age: 59

> **LUISA PAOLA REANO** 1970 Age: 55
> **KASEY REANO** 2007 Age: 18
> **JOSE LUIS REANO** 1967 Age: 58
>> **ZENOBIA VENTURO V** 1951 Age: 73
>> **MARINA REANO** 1968 Age: 57
>> **DIANA B REANO** 1993 Age: 32
> **JOSE L REANO** 1943 Age: 82
>> **FIORELLA ELIZABETH RAMADAN** 1985 Age: 39
>>> **PATCHAREE M RAMADAN** 1953 Age: 71
>>> **OMAR MAJDI RAMADAN** 1985 Age: 40
>>> **WAEL BAHJAT DALGAN** 1960 Age: 65
>>> **MAJDI BADRI RAMADAN** 1952 Age: 73
> **DOMINGA P REANO** 1943 Age: 82
> **SHEYLA M NOLASCO** 1987 Age: 38
> **ROXANA PATRICIA REANO** 1968 Age: 56
>> **RONALD S REYES** 1959 Age: 66
>>> **ROEL PAULO IMPERIO** 1971 Age: 53
>>> **MARIA LUZ IMPERIO** 1960 Age: 64
>>> **STARLENE Q SANTOLAJA** 1983 Age: 42
>>> **RONALD A REYES** 1982 Age: 43
>>> **THANALYN M IMPERIO** 1973 Age: 52
>> **JOYCE ANN REYES** 1976 Age: 48
>> **ASHLEY M REYES** 1999 Age: 26
> **JOSEPH LUIS NOLASCO-REANO** 1992 Age: 32


# Likely Associates - Summary (5 Found)

**IRMA Y RODRIGUEZ** 1989 Age: 36
**IRMA Y RODRIGUEZ** 1968 Age: 56
**MARBELYS COROMOTO CURIEL DURAN** 1996 Age: 29
**ARTURO O RODRIGUEZ** 1975 Age: 49
**JOSE A GOMEZ** 1986 Age: 38


# Possible Associates - Summary (20 Found)

**PATTIE BARAJAS** 1989 Age: 36
**VICTOR MANUEL SEVILLA** 1976 Age: 48
**MAURO MORENO** 1983 Age: 42
**GAMALIEL G GONZALEZ** 1944 Age: 80
**ERICK H HADDAD** 1974 Age: 51
**AMAL Y HADDAD** 1946 Age: 78
**VICTOR J ALVAREZ** 1995 Age: 29
**JOSEPH S ALVAREZ** 1993 Age: 32
**DORIS Y ALVAREZ** 1994 Age: 31
**LORELI S RAMSAY** 1959 Age: 66
**NAZAR NICK BALYAN** 1955 Age: 70
**CARLOS R RODRIGUEZ** 1971 Age: 54
**CLAUDIA M VENEGAS** 1972 Age: 53
(D)    **IRMA PEREZ** 1973 Age: 51 Died at (50)

**MARIA VENEGAS V** 1972 Age: 53
**MANUEL Y RODRIGUEZ** 1955 Age: 69
**JESUS JESSICA VENEGAS** 1975 Age: 50
**JESUS EVERARDO NUNEZ** 1992 Age: 33
**EDWIN MEJIA** 1980 Age: 44
**JESUS MARIA NUNEZ** 1951 Age: 74

## Neighbor Phones (10 Found)

Neighbors' Phones for 11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)( 10/01/2006 to 08/21/2025)

11214 COLLETT AVE # 10, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)
**(818) 309-5252 (PT)- REANO, LUISA**
LUISA PAOLA REANO [ View Person Record ]

11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)
**(818) 602-5931 (PT)- REANO, ROBERTO**
ROBERTO RAFAEL REANO [ View Person Record ]

11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)
**(818) 360-4038 (PT)- REANO, MILAGROS**
MILAGROS REANO [ View Person Record ]

11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)
**(818) 360-4038 (PT)- REANO, JOSE**
JOSE LUIS REANO [ View Person Record ]

11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)
**(818) 602-5931 (PT)- REANO, JOSE**
JOSE L REANO [ View Person Record ]

11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)
**(818) 360-4038 (PT)- REANO, DOMINGA**
DOMINGA P REANO [ View Person Record ]

11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)
**(818) 693-9949 (PT)- OLDERA, ARTURO**
ARTURO OLDERA [ View Person Record ]

11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)
**(818) 941-3543 (PT)- REANO, ROXANA**
ROXANA PATRICIA REANO [ View Person Record ]

11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)
**(818) 857-7934 (PT)- NOLASCO, SHEYLA**
SHEYLA M NOLASCO [ View Person Record ]

11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)
**(747) 767-1105 (PT)- PILAR POLO EGUI, ROSA**
ROSA DEL PILAR POLO EGUI [ View Person Record ]

EXHIBIT X

# Table of Contents

Subject Information ........................................................................................................................................... 2

Potential Subject Photos (None Found) ........................................................................................................... 3

Possible Criminal Records (None Found) ........................................................................................................ 3

Possible Employers (1 Found) ......................................................................................................................... 3

Address Summary (13 Found) .......................................................................................................................... 3

Address Details (13 Found) .............................................................................................................................. 3

Cities History (5 Found) ................................................................................................................................... 4

Counties History (1 Found) .............................................................................................................................. 5

Driver's License Information (None Found) ...................................................................................................... 5

Professional Affiliations (None Found) ............................................................................................................ 5

Professional Licenses (None Found) ............................................................................................................... 5

Bankruptcy Records (None Found) .................................................................................................................. 5

Liens (None Found) .......................................................................................................................................... 5

Judgments (None Found) ................................................................................................................................. 5

Current Property Deeds (None Found) ............................................................................................................ 5

Past Property Deeds (None Found) ................................................................................................................. 5

Property Foreclosures (None Found) ............................................................................................................... 5

Property Assessments (None Found) .............................................................................................................. 5

Current Vehicle Information (None Found) ....................................................................................................... 5

Past Vehicle Information (None Found) ............................................................................................................ 5

Global Watch Lists (None Found) .................................................................................................................... 6

US Business Affiliations (None Found) ............................................................................................................ 6

UCC Filings (None Found) ............................................................................................................................... 6

US Corporate Affiliations (None Found) ........................................................................................................... 6

Aircraft Records (None Found) ........................................................................................................................ 6

Voter Registrations (4 Found) .......................................................................................................................... 6

Possible Relatives - Summary (45 Found) ...................................................................................................... 6

Likely Associates - Summary (4 Found) ........................................................................................................... 7

Possible Associates - Summary (20 Found) .................................................................................................... 7

Neighbor Phones (10 Found) ........................................................................................................................... 8

ROXANA PATRICIA
REANO-Comprehensive-Report-202508211603

## Important:

**ONLINE REPORT**

This is NOT a CONSUMER REPORT and does not constitute a "consumer report" under the Fair Credit Reporting Act ("FCRA"). This report may not be used to determine the eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.

This system may be used only in accordance with your Subscriber Agreement, the Gramm-Leach-Bliley Act ("GLBA"), the Driver's Privacy Protection Act ("DPPA") and all other applicable laws.   User agrees to having knowledge of all applicable laws pertaining to the usage of data.  User accepts all responsibility civilly and criminally for any use of this system.

Violations of these restrictions or misuse of this system will cause your access to be terminated and will cause an immediate investigation.

## Comprehensive Report

**Comprehensive Report**
**Date:** 08/21/2025
Reference ID: **NONE**

**Report Legend**
 - Deceased Person

Relatives

> - 1st Degree of Separation
>> - 2nd Degree of Separation
>>> - 3rd Degree of Separation

## Subject Information

(Best Information for Subject)

Name: ROXANA PATRICIA REANO (06/17/2011 to 05/11/2018)
Name: ROXANA PATRICIA REYES (07/02/2022 to 06/02/2025)
Name: ROXANA P REANO (09/02/2000 to 06/02/2025)
Name: ROXANA P REYES (09/02/1999 to 05/27/2025)
Name: ROXANA REANO REYES (12/07/2024 to 12/07/2024)
Name: ROXANA R REYES (09/02/2001 to 01/04/2016)
Name: ROXANA P REANO-REYES
Name: ROXANA PATRICIA REANO-REYES
Date of Birth: **08/25/1968** (86%)  , Born **56 years ago**
Gender: **Female**
SSN: 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 issued in **CALIFORNIA** in **1988**

Other Individuals Observed with shared SSN: **None**

**Other Names Associated with Subject**
ROXANA REANOREYES(11/08/2023 to 06/10/2025)
ROXANA P REANOREYES(09/02/2012 to 06/02/2025)

**Other DOBs Associated with Subject**
None found

**Possible Phones Associated with Subject:**
(818) 941-3543 (PT) (Mobile) (86%)
(818) 309-5252 (PT) (Mobile) (72%)
(818) 360-4038 (PT) (LandLine) (66%)
(818) 386-1018 (PT) (LandLine) (66%)
(818) 442-0911 (PT) (LandLine) (66%)
(818) 481-1762 (PT) (Mobile) (66%)
(818) 765-8542 (PT) (LandLine) (66%)
(818) 832-9262 (PT) (LandLine) (66%)
(818) 481-1742 (PT) (Mobile) (66%)
(818) 982-6813 (PT) (LandLine) (40%)
(818) 366-0326 (PT) (LandLine) (39%)
(818) 382-9262 (PT) (LandLine) (39%)
(818) 390-5246 (PT) (Mobile) (39%)
(818) 422-8198 (PT) (LandLine) (39%)
(818) 602-8480 (PT) (Mobile) (39%)
(818) 693-9949 (PT) (Mobile) (39%)
(818) 832-9162 (PT) (LandLine) (39%)

## Indicators

Bankruptcies: **No**
Liens: **No**
Judgments: **No**
Properties: **No**
Corporate Affiliations: **No**
Criminal/Traffic: **No**
Global Watch Lists Match: **No**

**Email Addresses Associated with Subject**
roxanapatriciareano@gmail.com (100%)
roxanareano@yahoo.com (100%)
titoreano@yahoo.com (41%)

(818) 906-5743 (PT) (VoIP) (39%)
(222) 481-1762

## Potential Subject Photos (None Found)

## Possible Criminal Records (None Found)

## Possible Employers (1 Found)

Business Name: **SABADO CRIOLLO (09/08/2021)**
Phone: **(818) 360-4038 (PT) SABADO CRIOLLO**

## Address Summary (13 Found)

11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY) (11/04/2005 to 08/21/2025)
6115 WHITSETT AVE APT 216, NORTH HOLLYWOOD, CA 91606-4553 (LOS ANGELES COUNTY) (05/05/2022 to 05/05/2022)
13447 BURBANK BLVD APT 10, VAN NUYS, CA 91401-5314 (LOS ANGELES COUNTY) (09/01/2001 to 08/18/2018)
13447 BURBANK BLVD, VAN NUYS, CA 91401-5354 (LOS ANGELES COUNTY) (12/14/2016 to 12/14/2016)
13447 BURBANK BLVD APT 7, VAN NUYS, CA 91401-5313 (LOS ANGELES COUNTY) (09/2001 to 11/2011)
11944 RUNNYMEDE ST APT 7, NORTH HOLLYWOOD, CA 91605-3171 (LOS ANGELES COUNTY) (02/1999 to 04/17/2018)
11944 RUNNYMEDE ST, NORTH HOLLYWOOD, CA 91605-3169 (LOS ANGELES COUNTY) (04/28/2001 to 04/28/2001)
11208 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY) (03/21/2012 to 12/09/2017)
10130 SEPULVEDA BLVD, MISSION HILLS, CA 91345-2643 (LOS ANGELES COUNTY) (09/01/2009 to 09/27/2017)
17400 BURBANK BLVD APT 234, ENCINO, CA 91316-1712 (LOS ANGELES COUNTY) (11/11/2004 to 06/01/2007)
17400 BURBANK BLVD, ENCINO, CA 91316-1731 (LOS ANGELES COUNTY) (11/04/2005 to 11/04/2005)
13400 VICTORY BLVD APT 12A, VAN NUYS, CA 91401-1809 (LOS ANGELES COUNTY) (03/05/2004 to 01/16/2007)
13400 VICTORY BLVD, VAN NUYS, CA 91401-1825 (LOS ANGELES COUNTY) (05/22/2004 to 05/22/2004)

## Address Details (13 Found)

**11214 COLLETT AVE, GRANADA HILLS CA 91344-3810 (LOS ANGELES COUNTY)** (11/04/2005 to 08/21/2025) [ Back to Summary ]
Subject's Phone
  **(818) 941-3543(PT)** - REANO, ROXANA
Owner:
    **LUISA P REANO** [ View Person Record ]
Purchase Date: **08/26/2005**
Purchase Price: **$590,000**
Assessed Value: **$863,031**
Living Square Feet: **1,724**
Land Square Feet: **7,628**

**6115 WHITSETT AVE APT 216, NORTH HOLLYWOOD CA 91606-4553 (LOS ANGELES COUNTY)** (05/05/2022 to 05/05/2022) [ Back to Summary ]

**13447 BURBANK BLVD APT 10, VAN NUYS CA 91401-5314 (LOS ANGELES COUNTY)** (09/01/2001 to 08/18/2018) [ Back to Summary ]

**13447 BURBANK BLVD, VAN NUYS CA 91401-5354 (LOS ANGELES COUNTY)** (12/14/2016 to 12/14/2016) [ Back to Summary ]
Owner:
  HULAC WEST LLC
Assessed Value: **$730,038**

FOR ATTORNEY / LAW FIRM PURPOSES ONLY

ROXANA PATRICIA
REANO-Comprehensive-Report-202508211603

Living Square Feet: **16,626**
Land Square Feet: **20,006**

**13447 BURBANK BLVD APT 7, VAN NUYS CA 91401-5313 (LOS ANGELES COUNTY)** (09/2001 to 11/2011) [ Back to Summary ]

**11944 RUNNYMEDE ST APT 7, NORTH HOLLYWOOD CA 91605-3171 (LOS ANGELES COUNTY)** (02/1999 to 04/17/2018) [ Back to Summary ]

**11944 RUNNYMEDE ST, NORTH HOLLYWOOD CA 91605-3169 (LOS ANGELES COUNTY)** (04/28/2001 to 04/28/2001) [ Back to Summary ]
   Owner:
      BELLA VILLA APARTMENTS LLC
   Purchase Price: **$307,500**
   Assessed Value: **$481,354**
   Living Square Feet: **7,139**
   Land Square Feet: **13,503**

**11208 COLLETT AVE, GRANADA HILLS CA 91344-3810 (LOS ANGELES COUNTY)** (03/21/2012 to 12/09/2017) [ Back to Summary ]
   Owner:
      **REYES RONALD (TE)**
   Purchase Date: **07/14/1998**
   Assessed Value: **$250,401**
   Living Square Feet: **1,176**
   Land Square Feet: **7,628**

**10130 SEPULVEDA BLVD, MISSION HILLS CA 91345-2643 (LOS ANGELES COUNTY)** (09/01/2009 to 09/27/2017) [ Back to Summary ]
   Owner:
      **10130 SEPULVEDA LLC**
   Assessed Value: **$2,474,185**
   Living Square Feet: **15,628**
   Land Square Feet: **19,678**

**17400 BURBANK BLVD APT 234, ENCINO CA 91316-1712 (LOS ANGELES COUNTY)** (11/11/2004 to 06/01/2007) [ Back to Summary ]

**17400 BURBANK BLVD, ENCINO CA 91316-1731 (LOS ANGELES COUNTY)** (11/04/2005 to 11/04/2005) [ Back to Summary ]
   Owner:
      **ROCHELLE H STERLING** [ View Person Record ]
   Purchase Date: **01/31/2013**
   Purchase Price: **$3,175,000**
   Assessed Value: **$8,665,165**
   Living Square Feet: **43,614**
   Land Square Feet: **55,564**

**13400 VICTORY BLVD APT 12A, VAN NUYS CA 91401-1809 (LOS ANGELES COUNTY)** (03/05/2004 to 01/16/2007) [ Back to Summary ]

**13400 VICTORY BLVD, VAN NUYS CA 91401-1825 (LOS ANGELES COUNTY)** (05/22/2004 to 05/22/2004) [ Back to Summary ]
   Owner:
      **RICHARD KAUFMAN I** [ View Person Record ]
   Purchase Date: **10/16/2014**
   Purchase Price: **$3,785,000**
   Assessed Value: **$4,459,800**
   Living Square Feet: **16,498**
   Land Square Feet: **19,719**


# Cities History (5 Found)


GRANADA HILLS, CA (LOS ANGELES COUNTY)  (11/04/2005 to 08/21/2025)

REANO-Comprehensive-Report-202508211603

NORTH HOLLYWOOD, CA (LOS ANGELES COUNTY)  (02/1999 to 05/05/2022)
VAN NUYS, CA (LOS ANGELES COUNTY)  (09/01/2001 to 08/18/2018)
MISSION HILLS, CA (LOS ANGELES COUNTY)  (09/01/2009 to 09/27/2017)
ENCINO, CA (LOS ANGELES COUNTY)  (11/11/2004 to 06/01/2007)

## Counties History (1 Found)

LOS ANGELES, CA (02/1999 to 08/21/2025)

## Driver's License Information (None Found)

## Professional Affiliations (None Found)

## Professional Licenses (None Found)

## Bankruptcy Records (None Found)

## Liens (None Found)

## Judgments (None Found)

## Current Property Deeds (None Found)

## Past Property Deeds (None Found)

## Property Foreclosures (None Found)

## Property Assessments (None Found)

## Current Vehicle Information (None Found)

## Past Vehicle Information (None Found)

FOR ATTORNEY / LAW FIRM PURPOSES ONLY

Case 8:25-cv-01980   Document 1   Filed 09/04/25   Page 78 of 84   Page ID #:78
ROXANA PATRICIA
REANO-Comprehensive-Report-202508211603

## Global Watch Lists (None Found)

## US Business Affiliations (None Found)

## UCC Filings (None Found)

## US Corporate Affiliations (None Found)

## Aircraft Records (None Found)

## Voter Registrations (4 Found)

Name: **ROXANA PATRICIA REANO**
Address: **11214 COLLETT AVE, GRANADA HILLS, CA 91344 (LOS ANGELES COUNTY)**
Date of Registration: **09/28/2005**
DOB: **XX/XX/1968** (56)
Party: **Democrat**
Phone: **8183604038**
Gender: **Female**

Name: **ROXANA REANO**
Address: **11214 COLLETT AVE, GRANADA HILLS, CA 91344 (LOS ANGELES COUNTY)**
DOB: **XX/XX/1968** (56)
Party: **Democrat**

Name: **ROXANA PATRICIA REANO**
Address: **11214 COLLETT AVE, GRANADA HILLS, CA 91344 (LOS ANGELES COUNTY)**
Date of Registration: **09/28/2005**
DOB: **XX/XX/1968** (56)
Party: **Democrat**

Name: **ROXANA PATRICIA REANO**
Address: **11214 COLLETT AVE, GRANADA HILLS, CA 91344 (LOS ANGELES COUNTY)**
Date of Registration: **09/28/2005**
DOB: **XX/XX/1968** (56)
Party: **Democrat**
Phone: **8186028480**

## Possible Relatives - Summary (45 Found)

> **RONALD S REYES** 1959 Age: 66
>> **ROEL PAULO IMPERIO** 1971 Age: 53

>> **MARIA LUZ IMPERIO** 1960 Age: 64
>>> **SACHIKO NISHIKIDO** 1962 Age: 63
>>> **KYLE K NISHIKIDO** 1990 Age: 35
>>> **MARIA CRISTINA IMPERIO** 1975 Age: 50
>>> **EMMANUEL G IMPERIO** 1972 Age: 52
>>> **TAKAYUKI NISHIKIDO** 1960 Age: 65
>>> **KEANE KEIJI NISHIKIDO** 1994 Age: 31
>>> **BABYLYN A IMPE-RIO** 1972 Age: 52
>> **STARLENE Q SANTOLAJA** 1983 Age: 42
>>> **JANET S DELMORO** 1961 Age: 63
>>> **MYSAELA L SANTOLAJA** 1982 Age: 43
>>> **KATIE MARIE CUMMINGS** 1985 Age: 40
>>> **LEEANNE RAE BALLENTINE** 1985 Age: 39
>>> **ABONALES LECHONSITO LELANIE** 1957 Age: 68
>> **RONALD A REYES** 1982 Age: 43
>>> **RODAN MONTECILLO REYES** 1952 Age: 72
>>> **NATIVIDAD LIRIO REYES** 1952 Age: 72
>>> **ADRIANA REYES MCNULTY** 1974 Age: 51
>> **THANALYN M IMPERIO** 1973 Age: 52
>>> **NAETHAN PAUL IMPERIO** 1995 Age: 30
>>> **JOANNE M IMPERIO** 1996 Age: 29
> **JOYCE ANN REYES** 1976 Age: 48
> **ASHLEY M REYES** 1999 Age: 26
> **SILVIA B REANO GONZALES** 1991 Age: 34
>> **ETHEL B GONZALES** 1972 Age: 52
> **ROBERTO RAFAEL REANO** 1972 Age: 53
> **MILAGROS REANO** 1965 Age: 59
> **LUISA PAOLA REANO** 1970 Age: 55
> **KASEY REANO** 2007 Age: 18
> **JOSE LUIS REANO** 1967 Age: 58
>> **ZENOBIA VENTURO V** 1951 Age: 73
>> **MARINA REANO** 1968 Age: 57
>> **DIANA B REANO** 1993 Age: 32
> **JOSE L REANO** 1943 Age: 82
>> **FIORELLA ELIZABETH RAMADAN** 1985 Age: 39
>>> **PATCHAREE M RAMADAN** 1953 Age: 71
>>> **OMAR MAJDI RAMADAN** 1985 Age: 40
>>> **WAEL BAHJAT DALGAN** 1960 Age: 65
>>> **MAJDI BADRI RAMADAN** 1952 Age: 73
> **DOMINGA P REANO** 1943 Age: 82
> **SHEYLA M NOLASCO** 1987 Age: 38
> **TITO EREANO REANO** 1986 Age: 39
> **JOSEPH LUIS NOLASCO-REANO** 1992 Age: 32

# Likely Associates - Summary (4 Found)

**ANA CECILIA CANELO** 1961 Age: 64
**ETHEL B GONZALES** 1972 Age: 52
**MILTON O QUINTANILLA** 1972 Age: 52
**DUANE ANTHONY MELTON** 1970 Age: 55

# Possible Associates - Summary (20 Found)

**ELIZABETH CALVO VASQUEZ** 1984 Age: 40
**DANIEL MONTERROSO VASQUEZ** 1964 Age: 60
**BERNARDA LEOVIGILDA FUENTES** 1969 Age: 56

FOR ATTORNEY / LAW FIRM PURPOSES ONLY

ROXANA PATRICIA
REANO-Comprehensive-Report-202508211603

**MARIA CRISTINA CHAVEZ** 1958 Age: 67
**DELILAH M THOMPSON** 1971 Age: 53
**JOSE LUIS SANCHEZ** 1972 Age: 53
**KYLE K NISHIKIDO** 1990 Age: 35
**MARIA LUZ IMPERIO** 1960 Age: 64
**KEANE KEIJI NISHIKIDO** 1994 Age: 31
**NORMA MARTINES** 1980 Age: 45
**EZEQUIEL O QUINONES** 1977 Age: 48
**JUDY K OWEN** 1939 Age: 85
**BRUCE ROY COOPER** 1969 Age: 56
**BRIAN ADAMS SHAW** 1951 Age: 74
**AHLAM HUSSEIN** 1982 Age: 43
**SHAUKAT HAYAT** 1951 Age: 74
**LUCILLE L GELTMAN** 1930 Age: 94
**BAHAREH R ZAND** 1978 Age: 47
**AZHAR H HAYAT** 1979 Age: 46
**FRANCISCO XAVIER VASQUEZ III** 1978 Age: 47

# Neighbor Phones (10 Found)

Neighbors' Phones for 11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)( 11/04/2005 to 08/21/2025)

11214 COLLETT AVE # 10, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)
**(818) 309-5252 (PT)- REANO, LUISA**
LUISA PAOLA REANO [ View Person Record ]

11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)
**(818) 602-5931 (PT)- REANO, ROBERTO**
ROBERTO RAFAEL REANO [ View Person Record ]

11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)
**(818) 360-4038 (PT)- REANO, MILAGROS**
MILAGROS REANO [ View Person Record ]

11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)
**(818) 360-4038 (PT)- REANO, JOSE**
JOSE LUIS REANO [ View Person Record ]

11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)
**(818) 602-5931 (PT)- REANO, JOSE**
JOSE L REANO [ View Person Record ]

11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)
**(818) 360-4038 (PT)- REANO, DOMINGA**
DOMINGA P REANO [ View Person Record ]

11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)
**(818) 693-9949 (PT)- OLDERA, ARTURO**
ARTURO OLDERA [ View Person Record ]

11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)
**(818) 857-7934 (PT)- NOLASCO, SHEYLA**
SHEYLA M NOLASCO [ View Person Record ]

11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)
**(747) 327-8194 (PT)- REANO, TITO**
TITO EREANO REANO [ View Person Record ]

FOR ATTORNEY / LAW FIRM PURPOSES ONLY Case 8:25-cv-01980 Document 1 Filed 09/04/25 Page 81 of 84 Page ID #:81 ROXANA PATRICIA

**REANO-Comprehensive-Report-202508211603**

11214 COLLETT AVE, GRANADA HILLS, CA 91344-3810 (LOS ANGELES COUNTY)
**(747) 767-1105 (PT)- PILAR POLO EGUI, ROSA**
ROSA DEL PILAR POLO EGUI [ View Person Record ]

# EXHIBIT Y



YOUR RETURN MAILING ADDRESS

NAME: REYES PASTRIES & MINI MARKET

ADDRESS: 21527 SHERMAN WAY

CITY: CANOGA PARK                                          STATE: CA      ZIP CODE: 91303

2023134506

FILED          EXPIRES
Jun 20 2023    Jun 20 2028
Dean C. Logan, Registrar-Recorder/County Clerk

Electronically signed by ANDREA SUAREZ

## FICTITIOUS BUSINESS NAME STATEMENT

The following person(s) is (are) doing business as:

1. REYES PASTRIES & MINI MARKET
   *Fictitious Business Name(s)*

   21527 SHERMAN WAY                         11214 GOLLETT AVE
   *Street address of principal place of business*              *Mailing address if different*
   CANOGA PARK        CA        91303    LOS ANGELES | GRANADA HILLS            CA        91344
   *City*              *State*    *Zip*    *COUNTY*      *City*                    *State*   *Zip*

   Articles of Incorporation or Organization Number (if applicable): AI#ON

REGISTERED OWNER(S):

1. ROXANA PATRICIA REANO REYES                  2.
   *Full Name/Corp/LLC (P.O. Box not accepted) if Corp/LLC must be registered in CA*    *Full Name/Corp/LLC (P.O. Box not accepted)*

   21527 SHERMAN WAY
   *Residence Address (if Corp. or LLC enter the physical address of the Corp./LLC)*    *Residence Address*
   CANOGA PARK        CA        91303
   *City*              *State*    *Zip*    *City*                    *State*   *Zip*

   If Corporation or LLC - Print State of Incorporation/Organization    If Corporation or LLC - Print State of Incorporation/Organization

IF MORE THAN TWO REGISTRANTS, ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION

THIS BUSINESS IS CONDUCTED BY: (Check one)

[x] an Individual       [ ] a General Partnership       [ ] a Limited Partnership       [ ] a Limited Liability Company
[ ] an Unincorporated Association other than a Partnership    [ ] a Corporation    [ ] a Trust    [ ] Copartners
[ ] a Married Couple    [ ] Joint Venture    [ ] State or Local Registered Domestic Partners    [ ] a Limited Liability Partnership

The date registrant commenced to transact business under the fictitious business name or names listed above on.  06/2023
                                                                                                               *(Insert N/A above if you haven't started to transact business)*

I declare that all information in this statement is true and correct.
(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that
the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

REGISTRANT/CORP/LLC NAME (PRINT) ROXANA PATRICIA REANO REYES                    TITLE  OWNER

REGISTRANT SIGNATURE _____    IF CORP OR LLC, PRINT NAME

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.

This statement was filed with the County Clerk of LOS ANGELES on the date indicated by the filed stamp in the upper right corner.

NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE
DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS
AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A
REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. EFFECTIVE JANUARY 1, 2014, THE FICTICIOUS
BUSINESS NAME STATEMENT MUST BE ACCOMPANIED BY THE AFFIDAVIT OF IDENTITY FORM

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF
ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE)

I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE

                                                   BY:  ANDREA SUAREZ                                    , Deputy

Rev. 04/2021        P.O. BOX 1208, NORWALK, CA 90651-1208        DEAN C. LOGAN, LOS ANGELES COUNTY CLERK